1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CARLOS ROSARIO GONZALES,<br><br>            Petitioner,<br>      vs.<br><br>UNKNOWN,<br><br>            Respondent.<br>_____ | ) Case No. SA CV 13-825 VAP (MRW)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to this Court's Order,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: June 18, 2013

_____
HON. VIRGINIA A. PHILIPS
UNITED STATES DISTRICT JUDGE